**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: November 18, 2014**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | | |
|---|---|---|---|
| In re: | Terry C. Burris, | : | |
| | Kimberly L. Burris, | : | Case No. 10-60489 |
| | | : | |
| | Debtors. | : | Chapter 13 |
| | | : | |
| | | : | Judge Preston |
| | | : | |

### ORDER DENYING, IN PART, DEBTORS TERRY AND KIMBERLY BURRIS' OBJECTION TO THE SECOND AMENDED CLAIM OF THE OHIO DEPARTMENT OF TAXATION (CLAIM#14)

This matter came on for hearing on April, 3, 2014, before this Court on Debtors' Objection to the Second Amended Claim of the Ohio Department of Taxation (Claim#14) (docket#104).  Upon consideration by the Court, the Objection as is relates to Sales Taxes alleged due by the Ohio Department Taxation for the tax years 2009 and 2010 is hereby OVERRULED without prejudice.

IT IS SO ORDERED.

Copies to:

Default List

Ohio Department of Taxation, Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus OH 43266-0030

Brian M. Gianangeli
The Law Office of Charles Mifsud, LLC
326 South High Street Annex, Suite 201
Columbus, OH 43215

###